**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 22-cv-02717-REB-SBP

CONSTANTINE HELLEN,

      Plaintiff,

v.

AMERICAN FAMILY INSURANCE COMPANY,

      Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

This matter before me on the parties' **Stipulation for Dismissal With Prejudice** [#103],[1] filed June 3, 2024.  After reviewing the stipulation and the record, I approve the stipulation.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation for Dismissal With Prejudice** [#103] is approved;

2.  That all claims are dismissed with prejudice, with each party to bear its own attorney fees and costs;

3.  That the **Plaintiff's Motion for Leave to File Rule 702 Motion to Stike** [*sic*] **Testimony of Eric K. Hammerberg, M.D.** [#85], filed March 14, 2024, is denied as moot;

4.  That all deadlines are vacated; and

---

[1]  "[#103]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

5.  That this case is closed.

Dated June 3, 2024, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge